IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TORRIE SIRMON**                                                              **PLAINTIFF**

v.                              **CASE NO. 2:22-CV-00192-BSM**

**CITY OF McGEHEE,** *et al.*                                          **DEFENDANTS**

## ORDER

Torrie Sirmon's motion to dismiss [Doc. No. 46] is granted and this case is dismissed with prejudice.

IT IS SO ORDERED this 29th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE